UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-2403

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James R. Hutter, Jr.

Case No.:  16-25302-RG

Hearing Date: 02/07/2018

Judge:  Honorable Rosemary Gambardella

Chapter:  13

## ORDER CURING ARREARS AND PROVIDING
## FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)    is

hereby **ORDERED**.

**DATED: February 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**

Debtor: James R. Hutter, Jr.

Case No.: 16-25302-RG

Caption of Order:              ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for Shellpoint Mortgage Servicing servicing agent for MTGLQ Investors, L.P., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through  January 1, 2018, in the sum of $1,595.36 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|-----|------|--------|-------------|---|-----------------|
| 1 | Payments @ | $1,595.68 | (01/01/2018 - 01/01/2018) | = | $1,595.68 |
| | Less suspense | $0.32 | | = | $-0.32 |
| | Arrears to Cure: | | | = | $1,595.36 |

2. Debtor(s) shall cure post-petition arrears of $1,595.36 set forth above on or before January 31, 2018.

3. Debtor(s) shall resume regular monthly mortgage payments starting on February 1, 2018.

4. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

5. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

6. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.