UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-2403

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James R. Hutter, Jr.

Case No.: 16-25302-RG

Hearing Date: 02/07/2018

Judge: Honorable Rosemary Gambardella

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: February 22, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: James R. Hutter, Jr.
Case No.: 16-25302-RG
Caption of Order:        ORDER CURING ARREARS AND PROVIDING
                         FOR FURTHER DEFAULT

---

Upon the motion of Powers Kirn, LLC, Attorney for Shellpoint Mortgage Servicing servicing agent for MTGLQ Investors, L.P., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through January 1, 2018, in the sum of $1,595.36 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 1 | Payments @ | $1,595.68 | (01/01/2018 - 01/01/2018) | = | $1,595.68 |
| | Less suspense | $0.32 | | = | $-0.32 |
| | Arrears to Cure: | | | = | $1,595.36 |

2. Debtor(s) shall cure post-petition arrears of $1,595.36 set forth above on or before January 31, 2018.

3. Debtor(s) shall resume regular monthly mortgage payments starting on February 1, 2018.

4. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

5. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

6. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
James R. Hutter, Jr.  
    Debtor

Case No. 16-25302-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 22, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.  
db          +James R. Hutter, Jr.,    1117 S. Elmora Avenue,    Elizabeth, NJ 07202-2409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:  
         Bruce W. Radowitz    on behalf of Debtor James R. Hutter, Jr. bradowitz@comcast.net, r45676@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         R. A. Lebron    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bankruptcy@feinsuch.com  
         Steven P. Kelly    on behalf of Creditor    NATIONSTAR MORTGAGE LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         William M.E. Powers    on behalf of Creditor    MTGLQ Investors, L.P. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    MTGLQ Investors, L.P. ecf@powerskirn.com  
                                                                                                        TOTAL: 7