Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−25302−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James R. Hutter Jr.
  1117 S. Elmora Avenue
  Elizabeth, NJ 07202

Social Security No.:
  xxx−xx−2859

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 8, 2020
JAN: dlr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James R. Hutter, Jr.  
    Debtor

Case No. 16-25302-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Sep 08, 2020  
                  Form ID: cscnodsc     Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.

```
db              +James R. Hutter, Jr.,    1117 S. Elmora Avenue,    Elizabeth, NJ 07202-2409
cr               Kohl's,    Attn: Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
cr              +Legacy Mortgage Asset Trust 2020-RPL1 c/o Rushmore,    P.O. Box 55004,    Irvine, CA 92619-5004
cr              +MTGLQ Investors, LP c/o Rushmore Loan Management S,    P.O. Box 55004,    Irvine, CA 92619-5004
516332213       +BESTBUY/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
516332216       +CCS/FIRST NATIONAL BANK,    500 E. 60TH STREEET N.,    Sioux Falls, SD 57104-0478
516332217       +CCS/First Saving Bank,    500 E. 60th Street N,    Sioux Falls, SD 57104-0478
516332221       +FIRST  SAVINGS CREDIT CARD,    PO BOX 2509,    Omaha, NE 68103-2509
516332216       +Fein, Such, Kahn & Shepard, P.C,    7 Century Dr. Ste 201,    Parsippany, NJ 07054-4673
516332222       +First National Credit Card,    Po Box 2496,    Omaha, NE 68103-2496
516332223       +First Premier,    Po Box 5529,    Sioux Falls, SD 57117-5529
516332224       +First Premier Bank,    601 S. MINNESOTA AVENUE,    Sioux Falls, SD 57104-4868
517967428        Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516332225       +MABT/CONTFIN,    121 CONTINENTAL DR. STE 108,    Newark, DE 19713-4326
516712934        MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,    SC  29603-0826
516712935       +MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,    SC  29603-0826,
                  MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving 29603-0826
518808489        MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    PO Box 52708,
                  Irvine, CA 92619-2708
518808490       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    PO Box 52708,
                  Irvine, CA 92619-2708,    MTGLQ Investors, LP,
                  c/o Rushmore Loan Management Services 92619-2708
516417469        Maria Hutter,    38 Rahway Avenue, Apt C,    Elizabeth, NJ 07202
516332227       +NATIONSTAR MORTGAGE,    PO BOX 60516,    City of Industry, CA 91716-0516
516538794       +NATIONSTAR MORTGAGE LLC,    PO BOX 619094,    DALLAS, TX 75261-9094
516332228       +UNIFUND CCR PARTNER C/O,    PETER W RAGAN, JR,    3100 ROUTE 138 WEST,    BRINKLEY PLACE, BLDG ONE,
                  Belmar, NJ 07719-9020
516332229       +VERVE,    PO BOX 31292,    Tampa, FL 33631-3292
517374568        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
517374569        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262,
                  eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2020 23:39:03     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg              E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2020 23:39:02     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516332212       +E-mail/Text: bk@avant.com Sep 08 2020 23:39:21     AVANT, INC,    640 N. LASALLE ST,
                  Chicago, IL 60654-3731
516332214       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:49:25     CAPITAL  ONE,
                  PO BOX 30285,    Salt Lake City, UT 84130-0285
516332218       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 08 2020 23:49:21     CREDIT ONE BANK,
                  PO BOX 98873,    Las Vegas, NV 89193-8873
516410702        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:48:30
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516495407        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 08 2020 23:48:32
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516490338        E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 08 2020 23:49:16     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516332226       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 08 2020 23:48:48     MERRICK BANK,
                  10705 S. JORDAN GTWY STE 200,    South Jordan, UT 84095-3977
516558533        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:48:52
                  Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                  Norfolk VA 23541
516485053        E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2020 23:38:59
                  Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
516522127       +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:48     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516332230       +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:48:46     WALMART/SYNCHRONY BANK,
                  PO BOX 530927,    Atlanta, GA 30353-0927
516332231       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 08 2020 23:39:21     WEBBANK/FINGERHUT,
                  6250 RIDGEWOOD RD,    Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 14
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
516712912      MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Sep 08, 2020
                               Form ID: cscnodsc        Total Noticed: 39

516332215*      +CAPITAL ONE,    PO BOX 30285,   Salt Lake City, UT 84130-0285
516332219*      +CREDIT ONE BANK,    PO BOX 98873,   Las Vegas, NV 89193-8873
516546011*      +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Debtor James R. Hutter, Jr. torreso78@gmail.com,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              R. A. Lebron    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bankruptcy@feinsuch.com
              Robert P. Saltzman    on behalf of Creditor    Legacy Mortgage Asset Trust 2020-RPL1 c/o Rushmore
               Loan Management Services LLC dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan Management
               Services LLC dnj@pbslaw.org
              Steven P. Kelly    on behalf of Creditor    NATIONSTAR MORTGAGE LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              William M.E. Powers    on behalf of Creditor    MTGLQ Investors, L.P. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    MTGLQ Investors, L.P. ecf@powerskirn.com
                                                                                             TOTAL: 9